**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6728**

BRUCE DUNCAN,

                Plaintiff - Appellant,

     v.

OFFICER C. MCKENZIE; LT. B. WILT; WEXFORD HEALTH SOURCES,
INC.; WARDEN B. SHEARIN,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:15-cv-00736-GLR)

Submitted:  October 26, 2016        Decided:  November 2, 2016

Before MOTZ and AGEE, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Bruce Duncan, Appellant Pro Se.  Ankush Nayar, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Adam Dean
Michel, Carolyn Israel Stein, BONNER, KIERNAN, TREBACH &
CROCIATA, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Duncan appeals the district court's order granting defendants' motions for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Duncan v. McKenzie, No. 1:15-cv-00736-GLR (D. Md. filed Apr. 20, 2016, and entered Apr. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED